John E. Sullivan, Receiver of Garfield State Bank and R. L. Feltinton, Appellees, v. Mary O'Boyle, Appellant.

Gen. No. 44,552.

opinion filed March 16, 1949; released for publication April 11, 1949. Ralph A. Marrandino and G. A. Bosomburg, for appellants; Maurice Weissman, for appellees. Opinion by JUSTICE LEWE. **Not to be published in full.**